```
                                        FILED
                                  U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA SRS
                                   2026 JAN 30 PM03:07
                                  CAROL L. MICHEL, CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTIRCT OF LOUISIANA

**FELONY**

### INDICTMENT FOR VIOLATIONS OF ASSAULT WITH A DEADLY WEAPON AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **26-00028** |
| v. | * | SECTION: **SECT. I MAG. 1** |
| GILBERT DARBY | * | VIOLATIONS: 18 U.S.C. § 111(a)(1) |
| | | 18 U.S.C. § 111(b) |
| | * | 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(8) |
| | * | 18 U.S.C. § 924(c)(1)(A)(iii) |
| | * | |

*    *    *

The Grand Jury charges that:

### COUNT 1
(Aggravated Assault with a Deadly Weapon)

On or about January 12, 2026, in the Eastern District of Louisiana, the defendant, **GILBERT DARBY**, did forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in Title 18, United States Code, Section 1114, that is, D.T., a Postal Carrier with the United States Postal Service, while D.T. was engaged in the performance of his official duties, and during the commission of such acts, used a deadly or dangerous weapon: to wit, a firearm, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b). ✓Fee____USA_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Process_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　X Dktd_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CtRmDep_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc.No._____

## COUNT 2
(Discharge of a Firearm During a Crime of Violence)

On or about January 12, 2026, in the Eastern District of Louisiana, the defendant, **GILBERT DARBY**, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, aggravated assault on a federal officer, as charged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT 3
(Felon in Possession of Ammunition)

On or about January 12, 2026, in the Eastern District of Louisiana, the defendant, **GILBERT DARBY**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a felony conviction on October 3, 1997, in the Superior Court of Cobb County, State of Georgia, Case No.97-3666, for aggravated assault, in violation of Title 16, Georgia Revised Statute, Chapter 5, Section 16-5-21; did knowingly possess ammunition, to wit: .40 caliber ammunition, said ammunition having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegations of Counts 2 and 3 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 2 and 3, the defendant, **GILBERT DARBY**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

One (1) .40 caliber pistol, bearing unknown serial number and ammunition.

3.  If any of the above-described property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

[signature redacted]

DAVID I. COURCELLE
UNITED STATES ATTORNEY

[signature]

PAUL J. HUBBELL, I.V.
Assistant United States Attorney

New Orleans, Louisiana
January 30, 2026

3

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

THE UNITED STATES OF AMERICA

vs.

GILBERT DARBY

INDICTMENT FOR VIOLATIONS OF ASSAULT WITH A DEADLY WEAPON AND THE FEDERAL GUN CONTROL ACT

VIOLATIONS:   18 U.S.C. § 111(a)(1)
18 U.S.C. § 111(b)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)(iii)

A true bill. [redacted]

Filed in open court this _____ day of _____ A.D. 2026.

_____ Clerk

Bail, $ _____



PAUL J. HUBBELL, I.V.
Assistant United States Attorney